In the Matter of the Probate of the Will of CHARLES H. WELLS, Deceased.
CATHERINE Y. HALLOWELL, Appellant; MARY E. TERRY et al., Respondents.

(Argued November 19, 1936; decided December 4, 1936.)

*John R. Vunk, Nathan O. Petty* and *George H. Carleton* for appellant.

*Barent L. Visscher, E. J. Dimock, Ruth A. Gladde* and *Glen W. Watkins* for Mary E. Terry et al., respondents.

*Fullerton Wells,* as special guardian for Robert Y. Edwards, respondent.

*Syrena H. Stackpole* for Suffolk County National Bank et al., as administrators of the estate of Charles H. Wells, deceased, respondents.

Order affirmed, with costs to all parties, payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.